# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| FREDDIE MUNOZ AND BEATRIZ MUNOZ, AS CO-ADMINISTRATORS OF THE ESTATE OF SAMUEL F. MUNOZ, DECEASED | : No. 33 EM 2018 |

v.

EINSTEIN HEALTHCARE NETWORK, EINSTEIN PRACTICE PLAN, INC., EARL M. BRYANT, D.O., STEVEN J. PARILLO, D.O., VAISHALI NAIK, D.O., DMITRY NAIK ROBERMAN, D.O., MOSS REHAB/EINSTEIN AT ELKINS PARK, EINSTEIN MEDICAL CENTER ANESTHESIOLOGY AND THE CHILDREN'S HOSPITAL OF PHILADELPHIA

PETITION OF: THE CHILDREN'S HOSPITAL OF PHILADELPHIA

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of May, 2018, the Petition for Review is DENIED.